FILED
FEB - 7 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Ronald K. Mauzey, )
    Plaintiff, ) CASE NO. CV 08 0847
 )
vs. ) PRISONER'S
 ) APPLICATION TO PROCEED
Ben Curry, Warden, ) IN FORMA PAUPERIS
 )
    Defendant. )
_____)

I, __Ronald K. Mauzey__, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____. No __X__

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____    - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)

4  _____
5  _____
6  _____

7  2.      Have you received, within the past twelve (12) months, any money from any of the
8  following sources:

9      a.   Business, Profession or              Yes ____ No _X_
10           self employment
11      b.   Income from stocks, bonds,           Yes ____ No _X_
12           or royalties?
13      c.   Rent payments?                       Yes ____ No _X_
14      d.   Pensions, annuities, or              Yes ____ No _X_
15           life insurance payments?
16      e.   Federal or State welfare payments,   Yes ____ No _X_
17           Social Security or other govern-
18           ment source?

19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.

21  _____
22  _____

23  3.      Are you married?                             Yes ____ No _X_
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____  Net $_____
28  4.      a.      List amount you contribute to your spouse's support:$ _____

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No._____    - 2 -

    b.    List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

_____

_____

5. Do you own or are you buying a home?    Yes ____ No _X_

Estimated Market Value: $_____ Amount of Mortgage: $_____

6. Do you own an automobile?    Yes ____ No _X_

Make _____ Year _____ Model _____

Is it financed? Yes ____ No ____ If so, Total due: $ _____

Monthly Payment: $ _____

7. Do you have a bank account? Yes ____ No _X_ (Do not include account numbers.)

Name(s) and address(es) of bank: _____

_____

Present balance(s): $ _____

Do you own any cash? Yes ____ No _X_ Amount: $ _____

Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes ____ No _X_

_____

8. What are your monthly expenses?  I have none

Rent: $ _____ Utilities: _____

Food: $ _____ Clothing: _____

Charge Accounts:

| Name of Account | Monthly Payment | Total Owed on This Acct. |
|---|---|---|
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |
| _____ | $ _____ | $ _____ |

9. Do

1 | you have any other debts? (List current obligations, indicating amounts and to whom they are
2 | payable. Do not include account numbers.)

3 | _____

4 | _____

5 | 10.  Does the complaint which you are seeking to file raise claims that have been presented
6 | in other lawsuits?  Yes ___  No  X
7 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8 | which they were filed.

9 | _____

10 | _____

11 | I consent to prison officials withdrawing from my trust account and paying to the court
12 | the initial partial filing fee and all installment payments required by the court.
13 | I declare under the penalty of perjury that the foregoing is true and correct and
14 | understand that a false statement herein may result in the dismissal of my claims.

16 | January 28, 2008                    *Ronald K. Mangly*
17 |         DATE                         SIGNATURE OF APPLICANT

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____   - 4 -

1
2                                                                Case Number: _____
3
4
5
6
7
8
9                                        CERTIFICATE OF FUNDS
10                                                    IN
11                                         PRISONER'S ACCOUNT
12
13       I certify that attached hereto is a true and correct copy of the prisoner's trust account
14 statement showing transactions of  MAUZEY C61868  for the last six months
15 at  CORRECTIONAL TRAINING FACILITY
16     P.O. BOX 686                                 [prisoner name]
    SOLEDAD, CA  93960
17     ATTN: TRUST OFFICE                          where (s)he is confined.
18                    [name of institution]
19       I further certify that the average deposits each month to this prisoner's account for the
20 most recent 6-month period were $ ___Ø___ and the average balance in the prisoner's
21 account each month for the most recent 6-month period was $ ___Ø___.
22
23 Dated: 2-2-08                    Brenda Nation, Acct Technician
24                                         [Authorized officer of the institution]
25
    CORRECTIONAL TRAINING FACILITY              THE WITHIN INSTRUMENT IS A CORRECT
26  P.O. BOX 686                                 COPY OF THE TRUST ACCOUNT MAINTAINED
                                                 BY THIS OFFICE.
    SOLEDAD, CA  93960                           ATTEST: 2-2-08
27  ATTN: TRUST OFFICE                           CALIFORNIA DEPARTMENT OF CORRECTIONS
                                                 BY  Brenda Nation
28                                                    TRUST OFFICE
                                                      Acct Technician

-5-

```
REPORT ID: TS3030   .701                                REPORT DATE: 02/02/08
                                                        PAGE NO:       1
             CALIFORNIA DEPARTMENT OF CORRECTIONS
                 CTF SOLEDAD/TRUST ACCOUNTING
                 INMATE TRUST ACCOUNTING SYSTEM
                 INMATE TRUST ACCOUNT STATEMENT

             FOR THE PERIOD: SEP. 03, 2007 THRU FEB. 02, 2008

ACCOUNT NUMBER : C61868            BED/CELL NUMBER: NOFD00000000016L
ACCOUNT NAME   : MAUZEY, RONALD KEITH      ACCOUNT TYPE: I
PRIVILEGE GROUP: A
                       TRUST ACCOUNT ACTIVITY

 << NO ACCOUNT ACTIVITY FOR THIS PERIOD >>


                       CURRENT HOLDS IN EFFECT
 DATE       HOLD
 PLACED     CODE      DESCRIPTION            COMMENT       HOLD AMOUNT
 ----------  ----  -----------------------   ----------   -----------
 11/07/2007  H107  POSTAGE HOLD              1459 POST           7.75

                       TRUST ACCOUNT SUMMARY

 BEGINNING    TOTAL       TOTAL       CURRENT     HOLDS      TRANSACTIONS
 BALANCE     DEPOSITS   WITHDRAWALS   BALANCE    BALANCE     TO BE POSTED
 ---------  ---------  -----------  ---------  ---------   -------------
     0.00       0.00         0.00       0.00       7.75            0.00

                                                   CURRENT
                                                   AVAILABLE
                                                   BALANCE
                                                  ----------
                                                       7.75-
```

CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA 93960
ATTN: TRUST OFFICE

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 2-2-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE
Acct Technician