UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD KEITH MAUZEY, | No. C 08-847 MHP (pr) |
| Petitioner, | **ORDER** |
| v. | |
| BEN CURRY, warden, | |
| Respondent. | |

An order to show cause was issued in this action many months ago but, due to an oversight at the courthouse, the order was not served on respondent. Accordingly, the clerk will send the order to show cause to respondent again and a new briefing schedule will be set as follows:

1. The clerk shall serve by certified mail a copy of this order, the order to show cause, the petition and all attachments thereto upon respondent and respondent's attorney, the Attorney General of the State of California. The clerk shall also serve a copy of this order on petitioner.

2. Respondent must file and serve upon petitioner, on or before **October 15, 2010**, an answer conforming in all respects to Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a writ of habeas corpus should not be issued. Respondent must file with the answer a copy of all portions of the parole hearing record that have been previously transcribed and that are relevant to a determination of the issues presented by the petition.

3. If petitioner wishes to respond to the answer, he must do so by filing a traverse with the court and serving it on respondent on or before **November 19, 2010.**

4. The answer and memorandum in support of the answer may not exceed a combined total of 25 pages in length. The traverse and memorandum in support of the traverse may not exceed a combined total of 15 pages in length.

IT IS SO ORDERED.

DATED: August 27, 2010

_____
Marilyn Hall Patel
United States District Judge